# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 07 C 6627

IFC CREDIT CORPORATION,
an Illinois corporation
v.
MANUFACTURERS' LEASE PLANS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MANUFACTURERS' LEASE PLANS, INC.

| NAME (Type or print) |
|---|
| Patricia E. Radaemacher |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Patricia E. Rademacher |
| FIRM |
| COSTON & RADEMACHER |
| STREET ADDRESS |
| 105 W. Adams, Suite 1400 |
| CITY/STATE/ZIP |
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06205831 | (312) 205-1005 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |