AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

IFC CREDIT CORPORATION,
an Illnois Corporation

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

MANUFACTURER'S LEASE PLANS, INC.

CASE NUMBER:   07-CV-6627

ASSIGNED JUDGE:   Honorable Wayne R. Andersen

V. THIRD PARTY DEFENDANT

VISION FINANCIAL GROUP INC.

DESIGNATED
MAGISTRATE JUDGE:

To: Name and address of Third Party Defendant

Vision Financial Group Inc.
~~208 Timber Ridge Rd.~~ 615 Iron City Drive
Pittsburgh, PA ~~15238~~ 15205

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Beth Anne Alcantar
IFC Credit Corporation
8700 Waukegan Rd., Suite 100
Morton Grove, IL 60053

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

Maysoun B. Iqal
Coston & Rademacher
105 W. Adams St., Suite 1400
Chicago, IL 60603

an answer to the third-party complaint which is herewith served upon you within ___20___ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

RECEIVED
DEC 0 7 2007

MICHAEL W. DOBBINS, CLERK

MICHAEL W. DO[...]
CLERK, U. S. DISTRI[...]

(By) DEPUTY CLERK                DATE

AO 441 (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/20/07  3:51 pm |
| NAME OF SERVER *(PRINT)* Richard Ament | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Stephen Baron SR V.P.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

Executed on   12/24/07
                Date          Signature of Server

              7250 Rt 60 Pittsburgh PA 15205
                        *Address of Server*

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb. 17, 2011
Member, Pennsylvania Association of Notaries

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.