


615 IRON CITY DRIVE • PITTSBURGH, PA 15205
PHONE (412) 539-1500 • FAX (412) 539-1599
TOLL FREE (888) 834-3278

January 22, 2008

Clerk, U.S. District Court
United States District Court
Northern District of Illinois
219 South Dearborn
Chicago, IL 60604

**FILED**

JAN 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 2 5 2008

RE: Case Number: 07-CV-6627
Defendant and Third Party Plaintiff: Manufacturer's Lease Plan, Inc.
Third Party Defendant: Vision Financial Group, Inc.
Judge: Honorable Wayne R. Andersen

Request for information from Third party defendant –Vision Financial Group, Inc.

Correction needed:
Vision Financial Group, Inc
Address correction: 615 Iron City Drive
                    Pittsburgh, PA 15205

Vision Financial Group, Inc. presents the amounts owed to Vision Financial Group, Inc. and the due dates under the subject agreements to be as follows:

The splits of proceeds from the lease contracts: 224752-01/224751-01/224750-01/224749-01/224748-01/224747-01/224746-01/224740-01/224738-01/224733-01/224731-01/224726-01. Calculations are based on 12 payments of $15,534.00 and then a 10% balloon. Payments start 4/1/2007. Based on IFC getting the first 17% of the original cost of equipment, ($91,666.25) the remaining payment flow would be as follows:

|          | Vision      | IFC         |
|----------|-------------|-------------|
| 9/1/2007 | $768.88     | $768.88     |
| 10/1/07  | $7767.00    | $7767.00    |
| 11/1/07  | $7767.00    | $7767.00    |
| 12/1/07  | $7767.00    | $7767.00    |
| 1/1/08   | $7767.00    | $7767.00    |
| 2/1/08   | $7767.00    | $7767.00    |
| 3/1/08   | $7767.00    | $7767.00    |
| 4/1/08   | $26,960.66  | $26,960.66  |
| Total    | $74,331.54  |             |

This assumes Royster Clark gives proper notice to exercise the 10% purchase option at the end of the renewal periods stated in the contracts. If they fail to give proper notice, then additional rentals would be collected and Vision would be entitled to their pro-rata share. Additionally we would be entitled to the proper past due amounts on the above accounts as stated in the legal contracts. Total amounts due Vision Financial Group Inc., could conceivably exceed $75,000.

Sincerely,

Stephen M. Baron
Senior Vice President
Vision Financial Group, Inc.

**VISION FINANCIAL®**

*The Leader in Equipment Leasing*
INTERNET WWW.VFGUSA.COM