# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IFC CREDIT CORPORATION,<br>an Illinois Corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>MANUFACTURER'S LEASE PLANS, INC.,<br><br>      Defendant/Third Party Plaintiff,<br><br>    v.<br><br>VISION FINANCIAL GROUP, INC.<br><br>      Third-Party Defendant. | Case No. 07-CV-6627 |

## CERTIFICATE OF SERVICE

TO:    See attached Attorney Service List

In accordance with Fed.R.Civ.P. 5 (a) the undersigned certifies that a copy of this Certificate of Service together with a copy of the foregoing **Attorney Appearance** was mailed to each party listed above on the 13th day of March, 2008.

STOTIS & BAIRD CHARTERED  
200 West Jackson Boulevard  
Suite #1050  
Chicago, Illinois 60606  
312/461-1000

_____  
Eric J. Parker