U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07-CV-6627
IFC CREDIT CORPORATION,
an Illinois Corporation,
        Plaintiff,
v.
MANUFACTURER'S LEASE PLANS, INC.,
        Defendant/ Third Party Plaintiff,
v.
VISION FINANCIAL GROUP, INC.
        Third-Party Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
        VISION FINANCIAL GROUP, INC.

| | |
|---|---|
| NAME (Type or print) <br> Eric J. Parker/ Brion W. Doherty/ Michael S. Baird | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> STOTIS & BAIRD CHARTERED | |
| STREET ADDRESS <br> 200 West Jackson Boulevard, Suite 1050 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6210726 | TELEPHONE NUMBER <br> 312-461-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |