# SERVICE LIST
## CASE NO: 07-CV-6627

Beth Anne Alcantar
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, Illinois 60053
balcantar@ifccredit.com

Maysoun Basem Iqual
Coston & Rademacher
105 W. Adams, Suite 1400
Chicago, Illinois 60603
miqal@constonlaw.com

Patricia E. Rademacher
Coston & Rademacher
105 W. Adams, Suite 1400
Chicago, Illinois 60603
prademacher@costonlaw.com

Roger M. Bould
Keevican Weiss Bauerle & Hirsch LLC
11th Floor Federated Investors Tower
1001 Liberty Avenue
Pittsburgh, PA 15222

Eric J. Parker
Stotis & Baird Chartered
200 W. Jackson Blvd., Suite 1050
Chicago, Illinois 60606
eparker@stotis-baird.com