# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IFC CREDIT CORPORATION,<br>an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07-CV-6627 |
| v. | ) ) | |
| MANUFACTURER'S LEASE PLANS, INC., | ) ) | |
| Defendant/Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| VISION FINANCIAL GROUP, INC. | ) ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF FILING

TO:   See attached Service List

PLEASE TAKE NOTICE that on the 14th day of March, 2008, I filed with the United States District Court, Northern District of Illinois, **Answer to Third-Party Complaint, Cross Claim and Counterclaim**.

200 West Jackson Boulevard, Suite 1050
Chicago, Illinois 60606-6620
312/461-1000
Attorneys for Plaintiff

STOTIS & BAIRD CHARTERED

BY: _____
Eric J. Parker