## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ANSWER to Third-Party Complaint, Cross-Claim and Counterclaim** was served upon the following via First Class U.S. Mail on the 14th day of March, 2008:

> Beth Anne Alcantar
> IFC Credit Corporation
> 8700 Waukegan Road, Suite 100
> Morton Grove, IL  60053
> balcantar@ifccredit.com
>
> Maysoun Basem Iqual
> Coston & Rademacher
> 105 W. Adams, Suite 1400
> Chicago, IL  60603
> miqal@costonlaw.com
>
> Patricia E. Rademacher
> Coston & Rademacher
> 105 W. Adams, Suite 1400
> Chicago, IL  60603
> prademacher@costonlaw.com
>
> Eric J. Parker
> Stotis & Baird Chartered
> 200 W. Jackson Blvd., Suite 1050
> Chicago, Illinois 60606
> eparker@stotis-baird.com

                                                    /S/
                                          Roger M. Bould