IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRIC OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFC Credit Corporation, an Illinois corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 07 CV 6627 |
| Manufacturers' Lease Plains, Inc., | ) ) ) |
| Defendant/Third Party Plaintiff, | ) ) |
| v. | ) ) |
| Vision Financial Group, Inc., | ) ) |
| Third-Party. | ) |

**F.R.C.P. Rule 7.1 Disclosure Statement**

The undersigned, counsel of record for IFC Credit Corporation furnishes the following list in compliance with F.R.C.P. 7.1:

1. IFC Credit Corporation does not have a parent corporation.

2. No publicly held company owns 10 percent or more of IFC Credit Corporation's stock.

Respectfully Submitted,

IFC Credit Corporation

Dated: March 19, 2008     By: /s/ Beth Anne Alcantar

One of its Attorneys

Beth Anne Alcantar
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700