IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation,<br><br>                Plaintiff,<br><br>v.<br><br>MANUFACTURERS' LEASE PLANS, INC.<br><br>                Defendants. | )<br>)<br>)  Case No.  07-6627<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING AND PROOF OF SERVICE

To:    Patricia E. Rademacher
        Coston & Rademacher, P.C.
        105 W. Adams
        Suite 1400
        Chicago, IL 60603

To:    Eric J. Parker
        Brion W. Doherty
        Michael S. Baird
        Stotis & Baird Chartered
        200 W. Jackson Blvd., #1050
        Chicago, IL 60606

Please take notice that on March 21, 2008, we filed with the United States District Court for the Northern District of Illinois Eastern Division, the following: **IFC Credt Corporation's Answers to Third-Party Cross Claim**. A copy of which is hereby served on you.

Date: March 21, 2008

                                                  /s/ Beth Anne Alcantar
                                                  Beth Anne Alcantar

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 21, 2008, she caused a copy of IFC Credit Corporation's Answers to Third-Party Cross Claim has been served on counsel for defendant, by the Court's ECF/electronic mailing system upon the following:

Patricia E. Rademacher
Coston & Rademacher, P.C.
105 W. Adams
Suite 1400
Chicago, IL 60603

Eric J. Parker
Brion W. Doherty
Michael S. Baird
Stotis & Baird Chartered
200 W. Jackson Blvd., #1050
Chicago, IL 60606

March 21, 2008

/s/Beth Anne Alcantar
Beth Anne Alcantar

Beth Anne Alcantar, ILARDC #6226582
Attorney for Plaintiff
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
Telephone: (847) 663-6700
Facsimile: (847) 663-6741