**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

IFC Credit Corporation

                              Plaintiff,

v.                                                            Case No.: 1:07–cv–06627
                                                               Honorable Wayne R. Andersen

Manufacturers' Lease Plans, Inc.

                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 8, 2008

                                                                             /s/ Wayne R. Andersen

                                                                           United States District Judge