# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IFC CREDIT CORPORATION,<br>an Illinois Corporation,<br><br>   Plaintiff,<br><br> v.<br><br>MANUFACTURER'S LEASE PLANS, INC.,<br><br>   Defendant/Third Party Plaintiff,<br><br> v.<br><br>VISION FINANCIAL GROUP, INC.<br><br>   Third-Party Defendant. | Case No. 07-CV-6627 |

## NOTICE OF MOTION

To: See attached service list

On **May 22, 2008**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Nolan or any judge sitting in his stead, in Room 1870 of the United State District Court for the Northern District of Illinois, and shall present **Third-Party Defendant, Vision Financial Group, Inc's. Motion for Pre-Trial Conference** which is attached hereto and herewith served upon you.

| | |
|---|---|
| STOTIS & BAIRD CHARTERED<br>200 West Jackson Boulevard, #1050<br>Chicago, Illinois 60606-6620 | Attorneys for Third-Party Defendant<br>Firm I.D. No.: 13589<br>312/461-1000 |