## CERTIFICATE OF SERVICE

In accordance with Fed.R.Civ.P. 5 (a) the undersigned certifies that a copy of this Certificate of Service together with a copy of the foregoing **Third-Party Defendant, Vision Financial Group, Inc.'s Motion for Pre-Trial Conference** was faxed to each party listed above on the 19th day of May, 2008.

Beth Anne Alcantar
IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Gove, Illinois 60053
balcantar@ifccredit.com

Maysoun Basem Iqual
Coston & Rademacher
105 W. Adams, Suite 1400
Chicago, Illinois 60603
miqal@costonlaw.com

Patricia E. Rademacher
Coston & Rademacher
105 W. Adams, Suite 1400
Chicago, Illinois 60603
prademacher@costonlaw.com

_____
Eric J. Parker

STOTIS & BAIRD CHARTERED
200 West Jackson Boulevard
Suite #1050
Chicago, Illinois 60606
312/461-1000