# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MANUFACTURER'S LEASE PLANS, INC., <br><br> Defendant/Third Party Plaintiff, <br><br> v. <br><br> VISION FINANCIAL GROUP, INC. <br><br> Third-Party Defendant. | Case No. 07-CV-6627 |

## THIRD-PARTY DEFENDANT, VISION FINANCIAL GROUP, INC.'S MOTION FOR PRE-TRIAL CONFERENCE

NOW COMES, Third-Party Defendant, VISION FINANCIAL GROUP, INC., by and through its attorneys, STOTIS & BAIRD CHARTERED, and for its motion to schedule a pre-trial conference, state and alleges as follows:

1. Vision Financial Group is interested in resolving this dispute, at least insofar as it involves Vision Financial.

2. Vision Financial Group believed it had reached an agreement to resolve its portion of this case, however, Manufacturers Leas Plans, Inc. failed to conclude a proposed settlement.

3. Vision believes that a settlement conference mediated by the court may be helpful in resolving the dispute in whole or in part.

WHEREFORE, Third-Party Defendant, VISION FINANCIAL GROUP, INC., prays for the entry of an order scheduling a pre-trial conference at a time and date convenient to the court.

STOTIS & BAIRD CHARTERED

By: _____
Eric J. Parker

STOTIS & BAIRD CHARTERED
Attorneys for Third-Party Defendant
200 West Jackson Blvd, Suite 1050
Chicago, Illinois 60606
312-461-1000