**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

IFC Credit Corporation
                        Plaintiff,

v.                                        Case No.: 1:07−cv−06627
                                        Honorable Wayne R. Andersen

Manufacturers' Lease Plans, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Enter Agreed Scheduling Order. All fact discovery will be completed by 09/15/08. Plaintiff(s) will designate any expert witnesses and provide the disclosure required by 10/06/08. Defendant(s) will designate any expert witnesses and provide the disclosure required by 10/27/08. Plaintiff(s) will disclose any expert rebuttal opinion by 11/10/08. Depositions of experts will be taken by and all expert discovery will be completed by 12/10/08.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.