# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

IFC Credit Corporation

                      Plaintiff,

v.                                            Case No.: 1:07–cv–06627

                                                        Honorable Wayne R. Andersen

Manufacturers' Lease Plans, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Settlement conference held on 7/15/2008. Agreement reached. Parties directed to file stipulated dismissal order within thirty (30) days with the District Judge. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.