UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IFC CREDIT CORPORATION, an Illinois corporation,<br><br>              Plaintiff,<br>    v.<br><br>MANUFACTURERS' LEASE PLANS INC.<br><br>      Defendant/Third-Party Plaintiff,<br><br>    v.<br><br>VISION FINANCIAL GROUP, INC.<br><br>        Third-Party Defendant. | Case No. 07 CV 6627<br><br>Judge: Wayne R. Anderson<br><br>Magistrate Judge: Nan R. Nolan |

## AGREED STIPULATION OF DISMISSAL

IT IS HEREBY ORDERED THAT:

Pursuant to F.R.C.P 41(a)(1)(A)(ii), "...plaintiff may dismiss an action without a court order by filing...a stipulation of dismissal signed by all parties who have appeared." Plaintiff, Defendant and Third-Party Defendant in this case have filed an appearance. At the July 15, 2008 Settlement Conference, a docket entry was entered by Judge Nolan directing the parties to file a stipulated dismissal order. This cause shall be and the same hereby is dismissed with prejudice, as to Defendant, Manufacturers' Lease Plans, Inc. and Third-Party Defendant, Vision Financial Group, Inc., and any cross- or third-party claims against Plaintiff, IFC Credit Corporation, each party to bear its own costs.

Dated: August 13, 2008

Respectfully Submitted,

IFC Credit Corporation

by: /s/ Beth Anne Alcantar
One of its Attorneys

Beth Anne Alcantar, IARDC No. 06226582
Attorney for Plaintiff, IFC Credit Corporation
8700 Waukegan Road, Suite 100
Morton Grove, IL 60053
(847) 663-6700


Manufacturers' Lease Plans, Inc.

by: /s/ Patricia E. Rademacher
One of its Attorneys

Coston & Rademacher
Patricia E. Rademacher, IARDC No. 06205831
Attorney for Defendant/Third-Party Plaintiff, Manufacturers' Lease Plans, Inc.
105 W. Adams, Suite 1400
Chicago, IL 60603
(312) 205-1005


Vision Financial Group, Inc.

by: /s/ Eric J. Parker
One of its Attorneys

Stotis & Baird Chartered
Eric J. Parker, IARDC No. 06210726
Attorney for Third-Party Defendant, Vision Financial Group, Inc.
200 W. Jackson Blvd., Suite 1050
Chicago, IL 60606
(312) 461-1000